**Opinion issued August 9, 2022**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00484-CR**
_____

**IN RE MICHAEL DESHOUN KELLY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On November 30, 2001, pursuant to a plea agreement with the State, Michael Deshoun Kelly was convicted of murder and sentenced to 60 years' imprisonment.[1] On June 30, 2022, Kelly filed a pro se petition for writ of mandamus compelling the trial court to provide Kelly with a copy of the record from the underlying case. We deny the petition. Any pending motions are dismissed as moot.

---

[1] The underlying case is *The State of Texas v. Michael Deshoun Kelly*, cause number 874329, in the 228th District Court of Harris County, Texas.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).